## Coffman's Estate. No. 1

36

38

*Walter Lee Sheppard,* for exceptant.
*Harry J. Gerber* and *Edwin J. McDermott,* contra.

SINKLER, J., December 31, 1937.—The exceptions raise one question, whether the auditing judge erred in his award of the corpus of the estate. Upon consideration of the arguments presented in behalf of the exceptant, and, as well, of the record in the case, we are of the opinion that the auditing judge has correctly determined the questions submitted to him.

The exceptions are dismissed and the adjudication is confirmed absolutely.